No. 57. NORWITT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Leo R. Friedman* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Meyer Rothwacks* and *Arthur B. Cunningham* for the United States.

No. 58. PROVIDENCE FRUIT & PRODUCE BLDG., INC. ET AL. v. GAMCO INCORPORATED. C. A. 1st Cir. Certiorari denied. *Frank Licht* for petitioners. *Loretta I. Martone* for respondent.

No. 59. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. v. TRANSIT ADVERTISERS, INC. C. A. 2d Cir. Certiorari denied. *Edward R. Brumley* for petitioner. *J. Edward Lumbard, Jr.* for respondent.

No. 61. YANISH ET AL. v. BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Allan Brotsky* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.

No. 62. OLSEN v. ARABIAN AMERICAN OIL Co.; and
No. 63. ALWINE v. ARABIAN AMERICAN OIL Co. C. A. 2d Cir. Certiorari denied. *Guy O. Walser* for petitioners. *Louis F. Huttenlocher* and *Thomas F. Barry* for respondent. Reported below: 194 F. 2d 477.

No. 64. ANDRUS ET AL. v. WHITMAN ET AL. C. A. 6th Cir. Certiorari denied. *I. Joseph Farley* for petitioners. *Frank E. Liverance, Jr.* for respondents.

No. 65. PRESSEY ET AL., DOING BUSINESS AS S. W. PRESSEY & SON, v. SCHLOTTMAN ET AL. C. A. 10th Cir.